**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 05-2200**

───────────


IN RE:  JAMES E. REID,

                                                        Debtor,

--------------------------

JAMES E. REID,

                                        Debtor - Appellant,

            versus


KNARF INVESTMENTS,

                                        Defendant - Appellee,

            and

ELLEN W. COSBY,

                                                        Trustee.


───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(CA-04-2899-BEL; BK-01-50422-SD)

───────────

Submitted:  April 27, 2006          Decided:  May 1, 2006

───────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James E. Reid, Appellant Pro Se.  Richard L. Costella, MILES &
STOCKBRIDGE, P.C., Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James E. Reid appeals from the district court's order affirming the bankruptcy court's orders dismissing his Chapter 13 bankruptcy petition and entering a consent order lifting the automatic stay. Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Reid v. Knarf Investments</u>, Nos. CA-04-2899-BEL; BK-01-50422-SD (D. Md. filed Sept. 28, 2005 & entered Sept. 29, 2005). We deny Reid's motions for stay pending appeal and to vacate the district court's order and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>